**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 69 MAL 2018
:
Respondent :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
v. :
:
:
ULYSSES RODRIGUEZ, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.